IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lane, Kathleen | Case Number: 07 B 02772 |
| | Judge: Hollis, Pamela S |
| Printed: 2/19/08 | Filed: 2/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 7, 2008
Confirmed: April 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 586.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 554.36 |
| Trustee Fee: | | 31.64 |
| Other Funds: | | 0.00 |
| Totals: | 586.00 | 586.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,314.00 | 554.36 |
| 2. | Triad Financial Services | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 4. | Affordable Furniture | Secured | 0.00 | 0.00 |
| 5. | HomeComings Financial Network | Secured | 5,554.52 | 0.00 |
| 6. | Premium Asset Recovery Corp | Unsecured | 7.50 | 0.00 |
| 7. | Triad Financial Services | Unsecured | 0.00 | 0.00 |
| 8. | Midland Credit Management | Unsecured | 25.21 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 17.50 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 92.15 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 59.84 | 0.00 |
| 12. | AT&T Wireless | Unsecured | 117.08 | 0.00 |
| 13. | AFNI | Unsecured | | No Claim Filed |
| 14. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 15. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 16. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 17. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 21. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| 22. | Medclr Collections | Unsecured | | No Claim Filed |
| 23. | Medical Collections | Unsecured | | No Claim Filed |
| 24. | Park Dansan | Unsecured | | No Claim Filed |
| 25. | NCO Financial Systems | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lane, Kathleen

Printed: 2/19/08

Case Number: 07 B 02772
Judge: Hollis, Pamela S
Filed: 2/17/07

| | | | |
|---|---|---|---|
| 26. Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 27. Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 8,187.80 | $ 554.36 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 31.64 |
| | _____ |
| | $ 31.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____